| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 3:00CR00046(AWT) |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Taji K. Howard<br>1325 Dixwell Avenue<br>Hamden, Connecticut 06514 | CONNECTICUT | |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Alvin W. Thompson | |
| | DATES OF SUPERVISED RELEASE: | FROM 11/24/04 — TO 11/23/07 |

OFFENSE

Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

December 22, 2006

Date                                                                                   United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF Illinois.

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

24 January 2007

Effective Date                                            Rockford case, Honorable James B. Zagel
                                                                      United States District Judge